# EXHIBIT A

Richard B. Benenson, Esq.
Maryland Bar No. 9612170066
BROWNSTEIN HYATT FARBER SCHRECK, LLP
1155 F Street N.W., Suite 1200
Washington, DC 20004
Telephone: 202.296.7353
Facsimile: 202.296.7009
rbenenson@bhfs.com

Patrick J. Reilly, Esq. (*pro hac vice*)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com

Sarah J. Auchterlonie, Esq. (*pro hac vice*)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
675 15th Street, Suite 2900
Denver, Colorado 80202-4287
Telephone: 303.223.1100
Facsimile: 303.223.1111
sauchterlonie@bhfs.com

*Attorneys for WorldRemit Corp.*



# UNITED STATES DISTRICT COURT

# DISTRICT OF MARYLAND

SUNDAY EGAHI, individually and on behalf of similarly-situated persons,

Plaintiff,

v.

WORLDREMIT CORP.,

Defendant.

Case No. 1:24-cv-03728-JKB

**DECLARATION OF JONATHAN BARRIE MORRIS IN SUPPORT OF MOTION TO STRIKE CLASS ALLEGATIONS AND DEMAND FOR JURY TRIAL, TO COMPEL ARBITRATION, AND TO STAY ACTION**

/ / /

/ / /

/ / /

/ / /

/ / /

I, Jonathan Barrie Morris, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am the Chief Financial Officer of the WorldRemit family of companies, which includes WorldRemit Corp., d/b/a "Sendwave" ("WorldRemit"). I make this Declaration in support of the Motion to Strike Class Allegations and Demand for Jury Trial, to Compel Arbitration, and to Stay Action (the "Motion"). I have either direct personal knowledge of the facts set forth herein or have confirmed the truthfulness and accuracy of the same in my role as Chief Financial Officer.

2. WorldRemit provides international money transfer services to and from numerous countries around the world.

3. WorldRemit acquired Chime, Inc. dba Sendwave ("Chime") in February 2021.

4. On October 16, 2023, Chime entered into a compromised public Consent Order (the "Consent Order") with the Consumer Financial Protection Bureau (the "CFPB"). The Consent Order alleged *inter alia* that Chime violated the Consumer Financial Protection Act ("CFPA"), 12 U.S.C. § 5531(a), 5536, prior to its acquisition by WorldRemit by making misleading statements in advertisements regarding the speed and cost of its remittance transfers. A true and correct copy of the Consent Order is attached to the Motion as **Exhibit "B"**.

5. Chime did not admit or deny any of the findings of fact or conclusions of law, except that it admitted the facts necessary to establish the CFPB's jurisdiction over Chime and the subject matter of the action.

6. As part of the Consent Order, Chime agreed to reserve a total of $1,424,268.32 to provide redress to certain affected consumers (as defined in the Consent Order, the "Affected Consumers").

7. As the acquirer of Chime, WorldRemit timely paid the sum of $1,300,000 to alleged Affected Consumers, including the sum of $14.79 to Plaintiff Sunday Egahi.

8. Also as a result of the Chime acquisition by WorldRemit and the Consent Order, WorldRemit has ensured its practices meet the CFPB's expectations concerning (a) how transfer fees are communicated and disclosed where applicable prior to the initiation of a transfer by a consumer; and (b) how it advertises the estimated speed of remittance transfers.



BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

9. Mr. Egahi opened an account with Chime on or about May 18, 2020. A true and correct copy of Mr. Egahi's transaction history is attached to the Motion as **Exhibit "C"**.

10. When Mr. Egahi opened his account, he was advised of a Remittance Services Agreement that contained certain terms and conditions of service. A true and correct copy of the Chime terms and conditions of service existing at the time is attached to the Motion as **Exhibit "D"**.

11. By using Chime's services after being advised of the Remittance Services Agreement, Mr. Egahi accepted and agreed to the terms and conditions of service, which provided "[y]ou understand and agree that Wave may require any dispute arising from your use of the Wave Remittance Facility Application be resolved by binding arbitration. Wave may designate an arbitrator or arbitration panel located in New York, New York. Decisions of any arbitration process shall be binding on you."

12. On September 10, 2020, Chime updated its terms of service in the Remittance Service Agreement. A true and correct copy of Chime's updated terms and conditions of service is attached to the Motion as **Exhibit "E"**. The updated Remittance Service Agreement contained a more detailed binding arbitration agreement, as well as a jury trial waiver. *See* Ex. E ¶ 15.

13. Mr. Egahi continued to use Chime's services after the 2020 update to the Remittance Services Agreement.

14. Chime updated its terms of service on September 15, 2021. A true and correct copy of Chime's updated terms and conditions of service is attached to the Motion as **Exhibit "F"**. In addition to the binding arbitration provision and jury trial waiver, the updated Remittance Services Agreement included a class action waiver. *See* Ex. F ¶ 14.

15. After the acquisition of Chime, WorldRemit updated the terms of service for its customers on January 1, 2024, and October 11, 2024. True and correct copies of these terms and conditions of service are respectively attached to the Motion as **Exhibit "G"** and **Exhibit "H"**.

16. On December 19, 2024, WorldRemit updated the terms of service for its customers. A true and correct copy of WorldRemit's updated terms and conditions of service is attached to the Motion as **Exhibit "I"**.



BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

17. For each of the foregoing updates to the Chime and WorldRemit terms and conditions, Mr. Egahi—like all customers—was advised of the changes to the terms of service via email.

18. By continuing to use Chime's (and WorldRemit's) services after being advised of the updated terms of service, Mr. Egahi acknowledged and agreed to the updated terms.

19. Since opening his account in 2020, Mr. Egahi has made more than 200 transfers, all of them to Nigeria.

20. Even since entry of the Chime Consent Order referenced in the Complaint, Mr. Egahi has continued to use WorldRemit, initiating at least 72 electronic payments after October 16, 2023.

21. Mr. Egahi also has used WorldRemit numerous times, and continues to use WorldRemit, since issuance of the most recent WorldRemit Corp. User Terms and Conditions on December 19, 2024.

I declare under penalties of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on this day in London, United Kingdom.

DATED this 14th day of July, 2025.

*/s/ Jonathan Barrie Morris*
JONATHAN BARRIE MORRIS